UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AIR TRANSPORT ASSOCIATION
OF AMERICA, INC. d/b/a
AIRLINES FOR AMERICA,

                   Plaintiff,

v.

DENISE MIRANDA, in her official capacity as
the Acting Commissioner of the New York State
Division of Human Rights,

                   Defendant.

No. 24-cv-5387 (PKC) (LKE)

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and the exhibits attached thereto, and all other prior pleadings and proceedings herein, defendant Denise Miranda, the Acting Commissioner of the New York State Division of Human Rights, by her attorney, Letitia James, New York State Attorney General, will move this Court, before the Honorable Pamela K. Chen, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be designated by the Court, pursuant to Federal Rule of Civil Procedure 12(c), for an order dismissing the complaint, and for such other and further relief as the Court deems just and proper.

Dated:  New York, New York
       August 8, 2025

                          Respectfully submitted,

                          LETITIA JAMES
                           *New York State Attorney General*
                          Attorney for defendant

           By:    /s/ Linda Fang
                       Linda Fang
                       Special Litigation Counsel
                       28 Liberty Street
                       New York, New York 10005