

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

April 2, 2026

**Mark W. Robertson**
D: +1 212 326 4329
mrobertson@omm.com

**VIA ECF**

The Hon. Pamela K. Chen
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Air Transport Ass'n of America, Inc. v. Miranda*, **No. 1:24-cv-05387 (PKC) (LKE) —
Joint Request for Extension of Deadline to Finalize Settlement Agreement**

Dear Judge Chen:

On December 3, 2025, this Court dismissed the case "with leave to reopen within 60 days [i.e., by February 2, 2026] if the parties are not able to finalize their settlement." Pursuant to the parties' joint request, on January 23, 2026 this Court extended the deadline to reopen this matter until March 4, 2026. And on March 2, 2026, this Court granted the parties' subsequent request to further extend the deadline until April 3, 2026.

The parties have now reached a tentative agreement on all terms of the settlement agreement, and are in the process of obtaining final approval from all parties to the agreement. Given the number of signatories to the agreement and client travel, however, the parties need additional time to do so. Accordingly, the parties respectfully and jointly request a brief fourteen-day extension, until April 17, 2026, of the deadline to reopen this matter. The parties do not expect to request any further extensions from the Court.

Sincerely,

*/s/ Mark W. Robertson*

Mark W. Robertson
O'MELVENY & MYERS LLP

*Attorneys for Plaintiff Air Transport
Association of America, Inc. d/b/a Airlines
for America*

*/s/ Samuel Martin*

Samuel Martin
NEW YORK STATE
ATTORNEY GENERAL'S OFFICE

*Attorneys for Defendant Denise Miranda, the Acting
Commissioner of the New York State Division of
Human Rights*